UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LILLIAN VIGNOLA, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Case No.: 16-cv-00713 ) |
| 151 NORTH KENILWORTH CONDOMINIUM ASSOCIATION, PAMELA PARK, and KOVITZ SHIFRIN NESBIT, a Professional Corporation. | ) Honorable Andrea R. Wood ) ) ) ) ) ) |
| Defendants. | ) |

**DEFENDANTS KOVITZ SHIFRIN NESBIT
AND PAMELA PARK'S MOTION TO DISMISS THE
<u>THIRD CAUSE OF ACTION OF PLAINTIFF'S COMPLAINT</u>**

Defendants, Kovitz Shifrin Nesbit and Pamela Park, by their attorneys, Cozen O'Connor, and pursuant to Federal Rule of Civil Procedure 12(b)(6), move to dismiss the third cause of action of Plaintiff's Complaint and Request for Injunctive Relief for failure to state a claim upon which relief may be granted.

In support of their Motion, Defendants submit their accompanying Memorandum.

DATED this 1st day of April, 2016

                                                 KOVITZ SHIFRIN NESBIT and
                                                 PAMELA PARK

                             By:          */s/ Corey T. Hickman*
                                                   One of their Attorneys

Steven D. Pearson
Corey T. Hickman
COZEN O'CONNOR
123 N. Wacker Drive, Suite 1800
Chicago, Illinois 60606
(312) 474-7900 - telephone
(312) 474-7898 – facsimile

## CERTIFICATE OF SERVICE

I, Corey T. Hickman, hereby certify that on the 1st day of April, 2016, I filed the foregoing **Defendants Kovitz Shifrin Nesbit and Pamela Park's Motion to Dismiss The Third Cause of Action of Plaintiff's Complaint** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                                                                                      _/s/ Corey T. Hickman_